UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2016 MAR 16 PM 4:51

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | 1:16CR 024 DLOTT |
| RAYSHAUN LEE HERALD<br>a.k.a. "RAY" and<br>a.k.a. "LIL CR" | I N D I C T M E N T<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c) |

- - - - - - - - - - - - - - -

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about January 27, 2015, in the Southern District of Ohio, the defendant, **RAYSHAUN LEE HERALD, a.k.a. "RAY" and "LIL CR,"** having been convicted of crimes punishable by imprisonment for a term exceeding one (1) year that is: Trafficking in Cocaine (committed on December 14, 2009) and Having Weapons While Under Disability (committed on May 19, 2010), in Case Number B1003969, Hamilton County Court of Common Pleas, Hamilton, Ohio, did knowingly possess a firearm and ammunition in and affecting commerce, to wit a loaded 9mm Taurus.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

1

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **RAYSHAUN LEE HERALD, a.k.a. "RAY" and "LIL CR,"** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense, including but not limited to the firearm listed in Count 1.

A True Bill.

/S/
_____
Grand Jury Foreperson

BENJAMIN C. GLASSMAN
ACTING UNITED STATES ATTORNEY

*Emily N. Glatfelter*
_____
EMILY N. GLATFELTER
CINCINNATI BRANCH CHIEF